IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS WASHINGTON, #214362, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13-cv-059-WHA |
| | ) | |
| LOUIS BOYD, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Marcus Washington, and this case is DISMISSED without prejudice.

DONE this 15th day of September, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE